## CROCKETT v. STATE.
### No. 24830.

Court of Criminal Appeals of Texas.
June 14, 1950.

None on appeal for appellant.

George P. Blackburn, State's Atty., of Austin, for the State.

DAVIDSON, Judge.

The offense is rape, with punishment assessed at ninety-nine years in the penitentiary.

The record is before us without a statement of facts or bills of exception. Nothing is presented for review.

The judgment of the trial court is affirmed.

Opinion approved by the court.